UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kevin Santos, *on behalf of himself and all others similarly situated*,<br>Plaintiff(s),<br>v.<br>The J.M. Smucker Co.,<br>Defendant(s). | 26-CV-7350 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

Plaintiff Kevin Santos ("Plaintiff"), acting on behalf of himself and all others similarly situated, initiated this matter on August 28, 2026. ECF No. 1. Plaintiff affirmed that the summons and Complaint were served on Defendant The J.M. Smucker Co. ("Defendant") on September 14, 2026. ECF No. 9. Defendant's answer or motion was due 21 days later, by October 5, 2026. Fed. R. Civ. P. 12(a)(1)(A)(i). Defendant did not respond by the deadline. On October 6, 2026, Plaintiff requested the Court issue an order to show cause or initiate default judgment proceedings. ECF No. 10. To date, Defendant has not filed an answer or other motion, nor has Defendant's counsel entered an appearance in this matter.

By **October 16, 2026**, Defendant shall show cause as to why a default judgment should not be entered. By **October 9, 2026**, Plaintiff shall serve a copy of this Order on Defendant and file proof of service on the docket.

The Clerk of Court is respectfully directed to close ECF No. 10.

SO ORDERED.

Dated: October 8, 2026
New York, New York

DALE E. HO
United States District Judge