YAGMAN | PLLC
Advocacy in Motion.
New York | Washington, D.C.

October 12, 2026

**VIA ECF**

Honorable Dale Ho
United States District Judge
Southern District of New York
500 Pearl Street | Courtroom: 905
New York, New York 10007

*Re:* *Santos v. The J.M. Smucker Co.*
Case No. 1:26-cv-07350 (S.D.N.Y. 2026)

Dear Judge Ho,

On October 6, 2026, Plaintiff Kevin Santos ("Plaintiff Santos") filed a letter with this Court requesting an order to show cause as to why Defendant never appeared in the above captioned matter nor filed an answer or a dispositive motion. *See,* ECF No. 10. Plaintiff Santos now retracts his October 6, 2026 letter and is negotiating a waiver of service under Fed. R. Civ. P. Rule 4 with counsel for Defendant, The J.M. Smucker Co ("Defendant Smucker").

By way of background, after the undersigned counsel filed the aforementioned letter at 2:28 PM EST on October 6, 2026, Plaintiff's counsel heard back from now opposing counsel for Defendant Smucker at 4:07 PM EST stating that service was rejected by C T Corporation. In response, at 4:10 PM EST, the undersigned counsel offered a Waiver of Service as permitted by Fed. R. Civ. P. Rule 4. At 5:16 PM EST, opposing counsel emailed in reply stating "please send over a waiver of service." The undersigned counsel did not yet send over the Rule 4 waiver.

The undersigned counsel was in court on October 7, 2026, and received this Court's minute order at the end of the next day, on October 8, 2026, entering an order to show cause. ECF No. 11. Three days later, on October 11, 2026, at 7:00 PM EST, the undersigned counsel served this order on opposing counsel. Opposing counsel stated that the undersigned counsel should have received a letter rejecting service – but that letter was never seen nor received by the undersigned counsel until opposing counsel provided it on the morning of October 12, 2026.

The undersigned counsel apologizes for the confusion and wishes to retract the letter filed at ECF No. 10. Should this Court have any questions, the undersigned counsel is prepared to answer them upon request.

Plaintiff's counsel is available to discuss at this Court's convenience.

Respectfully submitted,

*/s/ Blake Hunter Yagman*

Blake Hunter Yagman
**YAGMAN PLLC**
Forest Hills Tower
118-35 Queens Boulevard, Suite 444
Forest Hills, New York 11375
Email: *blake.yagman@yagmanpllc.com*
Tel.: 929-709-1493

*Attorney for Plaintiffs and the Proposed Class*