WINSTON
TAYLOR.

300 N. LaSalle Dr.
Suite 4400
Chicago, IL 60654-3406
+1 (312) 558-5600

**VIA ECF**

Honorable Dale Ho
United States District Judge
Southern District of New York
500 Pearl Street | Courtroom: 905
New York, New York 10007

Re: *Santos v. The J.M. Smucker Co.*, Case No. 1:26-cv-07350 (S.D.N.Y. 2026) - Joint Request to Adjourn Initial Pretrial Conference

Dear Judge Ho,

Per the Court's Local Rule 2e, Plaintiff Kevin Santos ("Plaintiff") and Defendant The J.M. Smucker Co. ("Defendant") (together, the "Parties") respectfully submit this letter motion requesting an adjournment for the October 28, 2026 scheduled Initial Pretrial Conference, as well as the associated deadlines to submit a joint proposed Civil Case Management Plan and Scheduling Order to a date after Defendant's December 11, 2026 deadline to respond to the Complaint. Specifically, the Parties propose rescheduling the conference to 11:00 A.M. on (i) January 12, 2027; (ii) January 13, 2027; or (iii) January 14, 2027, or another date that is convenient for the Court.[1] This is the Parties' first adjournment request, and the October 28, 2026 Conference is Parties' next scheduled appearance before the Court.

The Parties agree that there is good cause to postpone the Initial Pretrial Conference. On September 3, 2026, the Court entered a Notice of Initial Pretrial Conference (Dkt. No. 8), scheduling the conference for October 28, 2026, at 11:00 a.m. The Court directed counsel who had appeared as of that date to serve the Order and the Court's Individual Practices on any parties that had not yet appeared and to file proof of such notice. *Id.* at 3. Counsel for Defendant had not yet appeared.

On September 18, 2026, Plaintiff filed an affidavit stating that CT Corporation System had accepted service on Defendant's behalf. Dkt. No. 9. Based on that purported service, Plaintiff requested an order to show cause or premotion conference concerning a contemplated default-judgment motion. Dkt. No. 10. The Court issued an order to show cause on October 8, 2026. Dkt. No. 11.

CT Corporation System, however, had rejected service. Defendant advised Plaintiff of that rejection on October 12, 2026. Plaintiff agreed to withdraw his October

[1] As outlined in the Local Rules, the Court typically schedules the initial case management conference to occur no more than three months after the filing of the complaint. L.R. 3(c). However, given the service issues, Parties have calculated the adjournment date from the October 12, 2026 waiver of service (Dkt. No. 14).

WINSTON TAYLOR.

300 N. LaSalle Dr.
Suite 4400
Chicago, IL 60654-3406
+1 (312) 558-5600

6 letter (*see* Dkt. No. 12), this Court vacated its order to show cause on October 13, 2026 (Dkt. No. 13), and the Parties negotiated a waiver of service. Dkt. No. 14. Defendant's responsive pleading is now December 11, 2026. *See id.*

Given this background and that service of the Complaint was effected only last week, the Parties have had insufficient time to engage with the Court's preconference requirements. Therefore, Parties respectfully request that the Court adjourn the October 28, 2026 Initial Pretrial Conference and associated case management deadlines to a date convenient for the Court.

Dated: October 22, 2026

Respectfully submitted,

*/s/ Blake Yagman*
Blake Hunter Yagman
Blake.Yagman@yagmanpllc.com
YAGMAN PLLC
Forest Hills Tower 118-35
Queens Boulevard, Suite 444
Forest Hills, New York 11375
Phone: (929) 709-1493

***Counsel for Plaintiff and the Proposed Class***

*/s/ Ronald Rothstein*
Ronald Rothstein, Bar No. RR4581
LaTisha Curtiss (*pro hac vice forthcoming)*
Ron.Rothstein@winstontaylor.com
LaTisha.Curtiss@winstonstaylor.com
WINSTON TAYLOR LLP
300 N. LaSalle Dr., Suite 4400
Chicago, IL 60654
Phone: (312) 558-5600

Andrew King, Bar No. 6149744 (*pro hac vice forthcoming)*
Andrew.King@winstontaylor.com
WINSTON TAYLOR LLP
200 Park Ave.
New York, NY 10166
Phone: (212) 294-6700

***Counsel for The J. M Smucker Co.***

Application **GRANTED**. The initial pretrial conference is **ADJOURNED** to **January 13, 2027, at 11:00 a.m.** The parties should dial in by calling (646) 453-4442 and entering the ID: **188 283 389**, followed by the pound (#) sign. The parties are **ORDERED** to file a joint letter and proposed case management plan pursuant to the Court's Order of September 3, 2026, ECF No. 8, by **January 7, 2026**.

SO ORDERED.

Dated: October 23, 2026
New York, New York

Dale E. Ho
United States District Judge